# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ARNOLD ROTH**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN**, *et al.*, <br><br> **Defendants.** | ) ) ) ) ) ) Civil No. 11-1377 (RCL) ) ) ) ) ) |

## ORDER AND JUDGMENT

Before the Court is plaintiffs' motion for default judgment. ECF Nos. 25, 34. For the reasons stated in the Memorandum Opinion issued this date and upon consideration of plaintiffs' motion, the record, records of prior proceedings in related cases before this Court, and defendants' failure to appear, it is hereby

**ORDERED** that plaintiffs' motion for default judgment is **DENIED IN PART** as to plaintiff Elisheva Roth and otherwise **GRANTED IN PART**; and it is further

**ORDERED** that final judgment is entered in favor of all plaintiffs except for Elisheva Roth and against defendants Islamic Republic of Iran and the Iranian Ministry of Information and Security ("MOIS"); and it is further

**ORDERED** that the prevailing plaintiffs shall receive $18,691,019 in compensatory damages and $112,500,000 in punitive damages, divided in the following amounts

| Plaintiff | Compensatory damages | Punitive damages | Total damages |
|---|---|---|---|
| Estate of Malka Roth | $1,191,019 | $7,168,664.10 | $8,359,683.10 |
| Frimet Roth | $5,000,000 | $30,094,667.40 | $35,094,667.40 |

| | | | |
|---|---|---|---|
| Pesia Roth | $2,500,000 | $15,047,333.70 | $17,547,333.70 |
| Rivka Roth Rappaport | $2,500,000 | $15,047,333.70 | $17,547,333.70 |
| Zvi Roth | $2,500,000 | $15,047,333.70 | $17,547,333.70 |
| Shaya Roth | $2,500,000 | $15,047,333.70 | $17,547,333.70 |
| Pinchas Roth | $2,500,000 | $15,047,333.70 | $17,547,333.70 |

It is further **ORDERED** defendants Iran and MOIS shall be jointly and severally liable for the entire judgment amount of $131,191,019; and it is further

**ORDERED** that final judgment as to Elisheva Roth is hereby entered dismissing her claim for damages; and it is further

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order.  *See* Fed. R. App. P. 4(a).

It is **SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on January 27, 2015.